IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 17-cv-01807-RM-STV

BRIANNA BELL,

    Plaintiff,

v.

SORIN CRM USA, INC., n/k/a LIVANOVA USA, INC.,

    Defendant.

_____

ORDER
GRANTING MOTION FOR ATTORNEYS' FEES
_____

    The Court awarded attorneys' fees in favor of Defendant and against Plaintiff as a sanction and directed Defendant to file a motion for such fees after conferring in good faith as to the amount of reasonable fees to be awarded. (ECF No. 174.) This matter is now before the Court on Defendant's Motion for Reasonable Attorneys' Fees (ECF No. 176) which is unopposed. The Court has considered the motion and supporting documents, relevant parts of the court record, and the relevant case law. After such review, the Court finds the number of hours expended and the hourly rates charged are reasonable. In addition, the Court finds the estimated charge of $1,500 for the motion to also be reasonable. *See Robinson v. City of Edmond*, 160 F.3d 1275, 1281 (10th Cir. 1998). Accordingly, it is **ORDERED**

    (1) That the Motion for Reasonable Attorneys' Fees (ECF No. 176) is GRANTED; and

(2) That Defendant is awarded reasonable attorneys' fees of $6,414.00 against Plaintiff.

DATED this 20th day of October, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge